AEE

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 868

In the Matter of

Loretta Scott and Pearleatha Scott
v.
Thorncreek Apartments II, LLC and
Thorncreek Management, LLC

Case Number:

JUDGE ANDERSEN
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Thorncreek Apartment II, LLC
Defendant Thorncreek Management, LLC

NAME (Type or print)
Philip L. Harris

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Philip L. Harris

FIRM
Jenner & Block LLP

STREET ADDRESS
330 N. Wabash Ave.

CITY/STATE/ZIP
Chicago, IL 60611

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6188360 | 312-222-9350 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐