AEE

FILED

FEBRUARY 8, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 868

In the Matter of

Loretta Scott and Pearleatha Scott
v.
Thorncreek Apartments II, LLC and
Thorncreek Management, LLC

Case Number:

JUDGE ANDERSEN
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Thorncreek Apartments II, LLC d/b/a The Lofts at Thorncreek
Defendant Thorncreek Managment, LLC

| | |
|---|---|
| NAME (Type or print)<br>Andrew W. Mychalowych | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Andrew W. Mychalowych | |
| FIRM<br>Siciliano Mychalowych Van Dusen and Feul, PLC | |
| STREET ADDRESS<br>37000 Grand River Avenue, Suite 350 | |
| CITY/STATE/ZIP<br>Farmington Hills, Michigan 48335 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(248) 442-0510 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |