**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 868**

In the Matter of

Loretta Scott and Pearleatha Scott
v.
Thorncreek Apartments II, LLC and
Thorncreek Management, LLC

Case Number:

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Thorncreek Apartments II, LLC d/b/a The Lofts at Thorncreek
Defendant Thorncreek Managment, LLC

| | |
|---|---|
| NAME (Type or print)<br>Lisa T. Scruggs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lisa T. Scruggs | |
| FIRM<br>Jenner & Block LLP | |
| STREET ADDRESS<br>330 North Wabash Avenue | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611-7603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256650 | TELEPHONE NUMBER<br>(312) 840-8681 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |