AEE
FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

LORETTA SCOTT AND PEARLEATHA SCOTT,

Plaintiffs on behalf of themselves and others similarly situated,

v.

THORNCREEK APARTMENTS II, LLC D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,

Defendants.

08 C 868

Case No.______________

Hon.____________________

JUDGE ANDERSEN
MAGISTRATE JUDGE COX

**DEFENDANTS' STATEMENTS OF DISCLOSURE AND**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Defendants, Thorncreek Apartments II, LLC and Thorncreek Management, LLC, through their undersigned counsel, file these statements of disclosure and corporate affiliations and financial interests:

**THORNCREEK APARTMENTS II, LLC**

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   No.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   No.

**THORNCREEK MANAGEMENT, LLC**

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   No.



1624103.1

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

No.

Respectfully submitted,

JENNER & BLOCK, LLP

BY: _/s/ Philip L. Harris

Lisa T. Scruggs
Philip L. Harris
Ryan K. Harding
330 N. Wabash Avenue
Chicago, IL 60611-7603
312.840.8681
312.840.8781 (facsimile)
Attorneys and co-counsel for Defendants

SICILIANO MYCHALOWYCH VAN DUSEN AND FEUL, PLC

By:_/s/ Andrew W. Mychalowych_____

Andrew W. Mychalowych
(Michigan Bar No. 39602)
Lindsay James (Michigan Bar No. 66778)
37000 Grand River Avenue, Suite 350
Farmington Hills, MI 48335
248.442.0510
248.442.0518 (facsimile)
Attorneys for Defendants

Dated: February 8, 2008

## CERTIFICATE OF SERVICE

On February 8, 2008, I served **Defendants' Statements of Disclosure and Corporate Affiliations and Financial Interests**, by U.S. Mail, postage prepaid, to:

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
Daniel A. Edelman, Esq.
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

/s/ Ryan K. Harding
Ryan K. Harding



1624103.1