# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08-cv-0868

Loretta Scott and Pearletha Scott
vs.
Thorncreek Apartments II, LLC d/b/a The Lofts at Thorncreek
and Thorncreek Management, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Loretta Scott and Pearletha Scott

NAME (Type or print)
Tara L. Goodwin

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Tara L. Goodwin

FIRM
Edelman, Combs, Latturner & Goodwin, LLC

STREET ADDRESS
120 S. LaSalle St. 18th Floor

CITY/STATE/ZIP
Chicago, IL 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06297473 | (312) 739-4200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐