**Atty. No. 41106**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LORETTA SCOTT AND PEARLEATHA SCOTT, Plaintiffs, on behalf of themselves and others similarly situated, | ) | |
| v. | ) | Case No. 08 C 868 |
| THORNCREEK APARTMENTS II, LLC d/b/a/ THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC, | ) | Hon. Wayne R. Andersen |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See Attached Service List

Please take notice that on March 19, 2008 at 9:00am, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Wayne R. Andersen in Courtroom 1403 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION TO REMAND**, a copy of which is attached hereto and herewith served upon you.

s/ Rupali R. Shah
Rupali R. Shah

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

I, Rupali R. Shah, hereby certify that on March 6, 2008, I caused to be served true and accurate copies of the foregoing document via U.S. mail upon the following party:

Philip L. Harris
Lisa T. Scruggs
Ryan K. Harding
Jenner & Block LLP
330 N Wabash Ave
Chicago, IL 60611
312.840.8681
312.840.8781 (Fax)

Andrew W. Mychalowych
Lindsay James
Siciliano Mychalowych Van Dusen and Feul, PLC
37000 Grand River Ave, Ste 350
Farmington Hills, MI 48335
248.442.0510
248.442.0518 (Fax)

s/ Rupali R. Shah
Rupali R. Shah

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)