**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT,<br><br>Plaintiffs on behalf of themselves and others similarly situated,<br><br>v.<br><br>THORNCREEK APARTMENTS II, LLC D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,<br><br>Defendants. | ) | Case No. 08 C 868<br><br>Hon. Wayne R. Anderson |

**APPENDIX OF EXHIBITS TO**

**DEFENDANTS' RESPONSE IN OPPOSITION**
**TO PLAINTIFFS' MOTION TO REMAND**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Affidavit of Clay Travis |
| 2 | Affidavit of David M. Clapper |
| 2(A) | March 24, 2004 appraisal of Washington Mutual |
| 2(B) | February 15, 2008 statement of Washington Mutual |