# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT,<br><br>Plaintiffs on behalf of themselves and others similarly situated,<br><br>v.<br><br>THORNCREEK APARTMENTS II, LLC D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,<br><br>Defendants. | ) | Case No. 08 C 868<br><br>Hon. Wayne R. Anderson |

**AFFIDAVIT OF CLAY TRAVIS**

State of Nevada )
)
County of Clark )

I, Clay Travis, being first duly sworn, state as follows:

1. I am over the age if eighteen and am of sound mind.

2. I have been in the construction business for over thirty years and have been involved in a supervisory capacity for hundreds of housing, apartment, and condominium projects at all phases throughout the country, including new builds, remodeling, restoration, and reconstruction.

3. I have personally inspected the units at the Lofts at Thorncreek (formerly known as Thorncreek Townhomes) ("Thorncreek") within the last twelve months. I am very familiar with Thorncreek's construction and the structural foundation of these units, including the basements.

4. I understand that the Plaintiffs in the above-captioned litigation (some or all of whom I understand are renters at Thorncreek) have alleged that Thorncreek

(at least with respect to the basements) are allegedly uninhabitable, and that the Plaintiffs have used terms like "unsafe" and "dilapidated" to describe Thorncreek. I also understand that Plaintiffs have alleged that there is black mold on the basement walls, that there are leaky floors and foundations, which have allegedly soaked the tenants' possessions.

5. As a construction expert, the allegations levied by Plaintiffs, if true, are very serious. As an expert with over thirty years in the business, given what Plaintiffs have alleged and given my personal knowledge of Thorncreek, my opinion is that to make the remedial changes demanded by the Plaintiffs (i.e., to clean the mold and water intrusion, and water proof these basements) would almost certainly require demolishing Thorncreek and building a new complex.

6. Thorncreek was built over 40 years ago. It would be difficult, if not impossible, for me to completely tear out and build new basements without tearing out and rebuilding the floor level.

7. Moreover, not only is the construction in Thorncreek very old, Thorncreek is situated on a flood plane, which makes the entry of water into basements extremely difficult, if not impossible, to prevent. To make these units resistant to water would require thoughtful and detailed planning which, alone, would cost hundreds of thousands of dollars. To do a full re-build as set forth above, however, would easily cost Thorncreek in excess of $10 million. I know this based on my background, training, and experience in this business for over thirty years; but I also know this because I have seen an

appraisal report performed by Washington Mutual, a respected financial institution, whom I would trust to do a proper and good faith appraisal. As of March 2004, Washington Mutual appraised Thorncreek at $11 million. I would expect a re-build to cost at least that much.

8. As set forth above, I do not believe Thorncreek could be remediated in the fashion demanded by Plaintiffs without tearing the complexes down and rebuilding. That said, even if I were to consider trying to remediate what is allegedly wrong with Thorncreek to the specifications demanded by Plaintiffs (and I would need to be convinced that I could remediate these units safely), it would cost well in excess of $5 million.

9. I would anticipate a proper reconstruction of the sort outlined above to take between one to two years and a skilled crew. If remediation could be done, because of how ambitious and meticulous the project would be, I would expect remediation to take at least a year.

10. In either case (reconstruction or remediation), it would require tenants to vacate their units and premises. Even if the reconstruction or remediation could be phased (and my understanding is that the Plaintiffs demand a court injunction to immediately reconstruct or rebuild), it would pose logistical and environmental problems for anyone living in these units. In my experience, tenants prefer not to rent in areas that have only been partially constructed; and sometimes not at all when major renovations are occurring throughout an apartment complex.

*Further this affiant sayeth naught.*

E. Clayton Travis
Clay Travis

Notary

Subscribed and sworn to before me
this ____ day of March, 2008

______________________________
Notary Public
________ County, ______________
My Commission exp: ______________