# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

LORETTA SCOTT and PEARLEATHA SCOTT,

Plaintiffs on behalf of themselves and others similarly situated,

v.

THORNCREEK APARTMENTS II, LLC D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,

Defendants.

Case No. 08 C 868

Hon. Wayne R. Anderson

## AFFIDAVIT OF E. CLAYTON TRAVIS

State of Florida

County of Pinellas

I, E.Clayton Travis, being first duly sworn, state as follows:

1. I am over the age if eighteen and am of sound mind.
2. I have been in the construction business for over thirty years and have been involved in a supervisory capacity for hundreds of housing, apartment, and condominium projects at all phases throughout the country, including new builds, remodeling, restoration, and reconstruction.
3. I have personally inspected the units at the Lofts at Thorncreek (formerly known as Thorncreek Townhomes) ("Thorncreek") within the last twelve months. I am very familiar with Thorncreek's construction and the structural foundation of these units, including the basements.
4. I understand that the Plaintiffs in the above-captioned litigation (some or all of whom I understand are renters at Thorncreek) have alleged that Thorncreek (at least with respect to the basements) are allegedly uninhabitable, and that the Plaintiffs have used terms like "unsafe" and "dilapidated" to describe Thorncreek. I also understand that Plaintiffs have alleged that there is black mold on the basement walls, that there are leaky floors and foundations, which have allegedly soaked the tenants' possessions.
5. As a construction expert, the allegations levied by Plaintiffs, if true, are very serious. As an expert with

over thirty years in the business, given what Plaintiffs have alleged and given my personal knowledge of Thorncreek, my opinion is that to make the remedial changes demanded by the Plaintiffs (i.e., to clean the mold and water intrusion, and water proof these basements) would almost certainly require demolishing Thorncreek and building a new complex.

6. Thorncreek was built over 40 years ago. It would be difficult, if not impossible, for me to completely tear out and build new basements without tearing out and rebuilding the floor level.

7. Moreover, not only is the construction in Thorncreek very old, Thorncreek is situated on a flood plane, which makes the entry of water into basements extremely difficult, if not impossible, to prevent. To make these units resistant to water would require thoughtful and detailed planning which, alone, would cost hundreds of thousands of dollars. To do a full re-build as set forth above, however, would easily cost Thorncreek in excess of $10 million. I know this based on my background, training, and experience in this business for over thirty years; but I also know this because I have seen an appraisal report performed by Washington Mutual, a respected financial institution, whom I would trust to do a proper and good faith appraisal. As of March 2004, Washington Mutual appraised Thorncreek at $11 million. I would expect a re-build to cost at least that much.

8. As set forth above, I do not believe Thorncreek could be remediated in the fashion demanded by Plaintiffs without tearing the complexes down and rebuilding. That said, even if I were to consider trying to remediate what is allegedly wrong with Thorncreek to the specifications demanded by Plaintiffs (and I would need to be convinced that I could remediate these units safely), it would cost well in excess of $5 million.

9. I would anticipate a proper reconstruction of the sort outlined above to take between one to two years and a skilled crew. If remediation could be done, because of how ambitious and meticulous the project would be, I would expect remediation to take at least a year.

10. In either case (reconstruction or remediation), it would require tenants to vacate their units and premises. Even if the reconstruction or remediation could be phased (and my understanding is that the Plaintiffs demand a court injunction to immediately reconstruct or rebuild), it would pose logistical and

environmental problems for anyone living in these units. In my experience, tenants prefer not to rent in areas that have only been partially constructed; and sometimes not at all when major renovations are occurring throughout an apartment complex.

*Further this affiant sayeth naught.*

E. Clayton Travis

E. Clayton Travis

Notary

Subscribed and sworn to before me
this 18 day of March, 2008

Janet C. Ranft

Notary Public
Pinellas County, Florida
My Commission exp: ______

JANET C RANFT
MY COMMISSION # DD712108
EXPIRES October 17, 2011
(407) 398-0153 FloridaNotaryService.com

# E. Clayton Travis

330 Julia Circle North
St. Pete Beach, Florida 33706
1-727-360-1200


## QUALIFICATIONS

Construction Management for the real estate industry with over 30 years of experience in all phases of construction and physical improvements.

Negotiate and implement major remodeling programs. Hands on experience in analyzing, budgeting, material procurement, cost estimating, hiring, contract negotiations and construction management.

Highly experienced professional property manger in all phases of apartment acquisition, management and repositioning

Licensed Certified General Contractor - Florida. Approved for high raise construction.

## PROFESSIONAL EXPERIENCE / HISTORY

***Managing Member (2006 to Present)***
*Clay Travis Property Advisors, LLC*
-Certified General Contractor

***President (1986 to Present)***
Clay Travis Construction Management, LLC
-Consulting Physical Plant Manager for a 4,000 unit multi-family portfolio.
-Implement major improvement programs.
Clay Travis Real Estate Consulting, LLC
-Real Estate Broker and Consultant.
-Acquire commercial Real Estate Investments for personal account.

***President (1989 - Present)***
P.A.T.C.H. Energy Systems Corp. Flint, Michigan
-Provide State Approved Sub-metering programs.
-1400 Multi-family units on line.
-Coordinate meter readings and computerized billing services.

***Vice President/Co-founder (1975 - 2000)***
Mid America Management Corporation and it's Subsidiaries. Flint, Michigan
-Managed portfolio of 10,000 Multi-family units.
-Maintained 2 million sq. ft retail and commercial space.

***President/Co-founder (1975 -1986)***
Cambridge Construction Consultants. Flint, Michigan
Cambridge Consulting & Data Services.
-Performed Due Diligence acquisition programs in excess of 25,000 units.
-Analyzed with complete accuracy profit potential on Real Estate Investments.
-Negotiated and implemented "Turn-around" programs for numerous distressed apartment communities.
-Extensive remodeling programs covering foundations to roofs.

## EDUCATION

Eastern Michigan University, Ypsilanti, Michigan
B.A., Business Administration - 1972
U.S. Army Finance School - 1970
Licensed Real Estate Broker - Michigan and Florida
Licensed Certified General Contractor - Florida

Numerous continuing education programs