**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT,<br><br>Plaintiffs on behalf of themselves<br>and others similarly situated,<br><br>v.<br><br>THORNCREEK APARTMENTS II, LLC D/B/A<br>THE LOFTS AT THORNCREEK and<br>THORNCREEK MANAGEMENT, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No. 08 C 868<br><br>Hon. Wayne R. Anderson |

## CERTIFICATE OF SERVICE

On March 18, 2008, I served a supplemental exhibit, a signed, notarized Affidavit of Clay Travis and *curriculum vitae*, in support of **Defendants' Response in Opposition to Plaintiff's Motion to Remand** on Daniel A. Edelman, Esq. and Rupali Shah, Esq., attorneys for Plaintiffs, by filing the same with this Court's ECF filing system. The Affidavit of Clay Travis, filed as **Exhibit 1** to **D.E. 18**, was not notarized. A courtesy copy of the same will be hand-delivered to the Chambers of the Honorable Wayne R. Anderson on March 19, 2008.

____*/s/ Lindsay James*_____________
Lindsay James

Dated: March 18, 2008