# Revised Exhibit 2 to D.E. 18: Defendants' Response in Opposition to Plaintiffs' Motion to Remand

**Loretta Scott, et. al. v. Thorncreek Apartments II, LLC, et. al**
**08-C-868**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT,<br><br>Plaintiffs on behalf of themselves and others similarly situated,<br><br>v.<br><br>THORNCREEK APARTMENTS II, LLC D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,<br><br>Defendants. | ) | Case No. 08 C 868<br><br>Hon. Wayne R. Anderson |

**AFFIDAVIT OF DAVID M. CLAPPER**

State of Michigan )
)
County of Oakland )

I, David M. Clapper, being first duly sworn, state as follows:

1. I am over the age if eighteen and am of sound mind.

2. I am a principal of Defendant Thorncreek Management, LLC, which is the owner of Defendant Thorncreek Apartments II, LLC d/b/a The Lofts at Thorncreek.

3. I have read the allegations in the Plaintiffs' Complaint in the above-captioned matter. On the advice, counsel, and expert opinion of Clay Travis, a construction expert who is very familiar with the Lofts at Thorncreek ("Thorncreek"), I understand that the relief the Plaintiffs seek would likely require me to demolish Thorncreek and rebuild Thorncreek.

4. I understand from Mr. Travis that, in all likelihood, I would have to spend in excess of $10 million to fund such a project; and no less that $5 million, in

what Mr. Travis views as the unlikely event that the basements alone could be restored and/or remediated.

5. Mr. Travis's opinion is not surprising given my understanding of the value of Thorncreek. In March of 2004, Washington Mutual (which is Thorncreek's lender) performed an appraisal of Thorncreek. Thorncreek appraised for $11 million. **Ex. A** (3/24/04 appraisal of Washington Mutual).

6. I have been in the real estate market for over thirty-five years, and have been involved in the acquisition of more than 9,000 multifamily units and approximately 1,000,000 square feet of commercial space. In my opinion, Thorncreek is worth substantially more that $11 million. I have read the contention of Plaintiffs' counsel in the Motion to Remand, that she does not believe Thorncreek is worth more than $5 million. My opinion is that counsel's speculation is simply uninformed and based on what must be a total lack of understanding of real estate in the relevant area.

7. I understand that in either case, whether I am required to do total reconstruction of if I could remediate, Thorncreek would effectively be shut down for at least a year and possibly as long as two years.

8. In either case, Thorncreek will be required to breach its leases with tenants and constructively evict its tenants, which will subject Thorncreek to scores of lawsuits and untold money damages (there are 190 units at Thorncreek).

9. Without a revenue stream for not less than one year, there is no way Thorncreek can work out an arrangement with its lender where the lender would not foreclose on Thorncreek and call the outstanding balance on the

loan. As indicated on Thorncreek's most recent statement from Washington Mutual, the principal balance on the property is nearly $8.5 million. **Ex. B** (2/15/08 statement). In the event of default, Thorncreek would either lose the property (and its equity in the same, goodwill, and the business entirely) or would have to come up with millions of dollars to pay off its lender. Given the financial condition of Thorncreek, and I am familiar with the books and records of Thorncreek, this is not something Thorncreek can afford.

10. Even if Thorncreek could somehow avoid foreclosure by not paying the mortgage, Thorncreek would have no revenue stream to pay operating expenses, utilities, and taxes. The property would waste, would not be able to operate, and would be subjected to state tax liens for failure to pay taxes. These would likely be defaulting events in their own right with Thorncreek's lender; which, again, would subject Thorncreek to the loss of its property or being required to pay an $8.5 million loan call.

D M Clapper
David Clapper

Notary

Subscribed and sworn to before me
this 18 day of March, 2008

Toni A. Lattimer
Notary Public
Wayne County, Michigan
My Commission exp: 9-28-2012

TONI A. LATTIMER
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Sep 28, 2012
ACTING IN COUNTY OF OAKLAND

Case 1:08-cv-00868 Document 18-4 Filed 03/17/2008 Page 5 of 8

# Exhibit 2(A)

Case 1:08-cv-00868 Document 18-4 Filed 03/17/2008 Page 6 of 8



Washington Mutual

# SUMMARY APPRAISAL REPORT

## Property Information

| | | | | | |
|---|---|---|---|---|---|
| Loan No: | Job No: 09-04.0060 | Existing Use: Townhouses | | | |
| Borrower: Thorn Creek Apartments LLC | | Yr Blt: 1948 | Rm/Life: 40yrs | #Bldg: 29 | #Stories: |
| Property Address: 3200 Western Avenue et al | | Bldg Area - Net: 182,914 SF | | Gross: 197,041 SF | |
| City, State, Zip: Park Forest, IL 60466 | | No. of units: 190 | Avg. SF: 1,037 | Lot Sz: 724,146 | |
| County: Cook | | Quality: Average | | Condition: Average | |
| Project Name: Thorn Creek Townhomes | | % Residential: 75% | | Vacancy: 0% to 10% | |
| Assessor's Parcel: 31-26-200-034 et al | | Zoning: R2A, Multi- | | Rent Control: No | |
| Census Tract: 8303.00 | Map Page: 3W27S | Environmental Issues: None | | | |
| Flood Zone: X | SFHA: No | Highest and Best Use: Present Use | | | |

## Appraisal Information

| | | | |
|---|---|---|---|
| Transaction Type: | Refinance | Sale Price: | Market Time: n/a |
| Effective Date of Appraisal: | 2/26/04 | Date of Report: | 3/9/04 |
| Interest Appraised: | Fee Simple | Appraisal: | Complete Appraisal |
| Prepared By: | Thomas J. Beardsley | Appraiser Cert. Number: | 1530000466 |

## Value Indications

| | | |
|---|---|---|
| Replacement Cost New: Insurance Purposes | $18,824,813 | |
| Value by Cost Approach: | N/A | |
| Value by Sales Approach: | $11,000,000 | |
| Value by Income Approach: | $11,200,000 | |
| Value Conclusion -- Stabilized | $11,200,000 | |
| Value Conclusion -- "As Is" | $11,200,000 | Recommended Repairs: $0 |

## Income Analysis

| | | |
|---|---|---|
| Forecasted Gross Rental Income: | $1,739,100 | 8.83 /SF |
| Other Income: | 60,869 | |
| Total Gross Annual Income: | 1,799,969 | 9.13 /SF |
| Vacancy: 5% actual 8.00% forecast | 143,998 | |
| Effective Gross Income: | 1,655,971 | 8.40 /SF |
| Operating Expenses: Taxes: | 339,000 | |
| Insurance: | 38,000 | |
| (Gas: Sep. Meters Elec: Sep. Meters) Utilities: | 36,500 | |
| Maintenance: | 190,549 | |
| Management: | 148,883 | |
| Reserves: | 33,250 | |
| Total Expenses: 47.60% | 788,182 | 4.00 /SF |
| NOI (Actual "As Reported" $813,805): | $867,789 | 4.40 /SF |

## Indicators

| | |
|---|---|
| Value per Unit: | $58,947 |
| Value per SF: | $56.84 |
| GIM: | 6.22 |
| EGIM: | 6.76 |
| OAR: | 7.75% |
| Expenses/Unit: | $4,148.33 |

## Unit Breakdown

| Unit Mix | Rooms | Bdrms | Baths |
|---|---|---|---|
| 36 | 3 | 1 | 1.00 |
| 124 | 5 | 2 | 1.00 |
| 30 | 6 | 3 | 1.00 |

Parking Spaces: 206 | Parking Breakdown: Open: 206 Carports: 0 Garage: 0 Subterranean: 0 Other 0

Property Amenities: Pool ☐ D/W ☐ Patios ☐ Elev. 0 IntHall ☐ Security ☐ Roof: Asphalt shingle

CONDITIONS AND REQUIREMENTS OF APPRAISAL: None

[signature] 3/24/04
Appraiser's Signature Date Signed

Co-Appraiser's Signature Date Signed
☐ Did ☐ Did Not Inspect Property



CAD AptLF 12/08/03

Case 1:08-cv-00868 Document 18-4 Filed 03/17/2008 Page 7 of 8

# Exhibit 2(B)

Case 1:08-cv-00868 Document 18-4 Filed 03/17/2008 Page 8 of 8

WaMu

Commercial Group
National Operations Center

[redacted]

**Loan Statement**

Mor[illegible]y Thru Friday – 8:00 am – 7:00 pm CST
Tel[illegible]one Inquiries (877) 344-3080

| | |
|---|---|
| Date Payment Due: | 03/01/2008 |
| Statement Date: | 02/15/2008 |
| Activity Since: | 01/17/2008 |
| Loan Number: | [redacted] |

003264/ RE

THORNCREEK APARTMENTS II LLC
36700 GRAND RIVER AVENUE
FARMINGTON HILLS MI 48335-2918

*We are unable to process payments that are received more than 30 days prior to their due date. Funds received will be held in a non-interest bearing suspense account until they can be processed.*

Property Address: 3200-392 WESTERN AVE/315-99
FOREST PARK FOREST IL 60466

See reverse side for additional information

## LOAN INFORMATION

| | |
|---|---|
| Current Principal Balance | $8,466,945.55 |
| Current Interest Rate | 4.99000% |
| Days in Billing Cycle | 29 |
| Tax Escrow Balance | $49,123.62 |
| Property Ins. Escrow Balance | $22,199.67 |
| Other Escrow Balance | $39,387.69 |

## YEAR TO DATE INFORMATION

| | |
|---|---|
| Int[illegible]est Paid YTD | $36,431.89 |
| P[illegible]al Paid YTD | $11,612.58 |
| Taxes Disbursed YTD | $206,677.16 |

## LATE CHARGE INFORMATION

A late charge of $2,402.22 will be assessed if the total payment due is not received by 03/11/2008

## PAYMENT INFORMATION

| | |
|---|---|
| Past Due Principal | $11,662.48 |
| Past Due Interest | $36,381.99 |
| Past Due Escrow | $45,813.80 |
| Past Due Late Charge | $0.00 |
| Past Due Fee | $0.00 |
| Past Due Misc. Amount Due | $0.00 |
| Less Partial Payment Received | $0.00 |
| Past Due Amount | $93,858.27 |
| Current Principal Due | $14,056.58 |
| Current Interest Due | $33,987.89 |
| Current Escrow Due | $45,813.80 |
| Late Charge From Last Month | $2,402.22 |
| Current Fee Due | $0.00 |
| Current Misc. Amount Due | $0.00 |
| Current Amount Due | $96,260.49 |
| TOTAL PAYMENT DUE | $190,118.76 |

## MESSAGES

## TRANSACTIONS

| EFFECTIVE DATE | DESCRIPTION | TRANS VALUE | PRINCIPAL | INTEREST | ESCROW | LATE CHARGE | PROPERTY INSURANCE |
|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCES: | | $8,466,945.55 | | | | |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| [illegible]1/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| [illegible]1/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| [illegible]2/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $777.84 | $0.00 | $0.00 | $777.84- | $0.00 | $0.00 |
| 02/11/2008 | TAX DISB | $168.27 | $0.00 | $0.00 | $168.27- | $0.00 | $0.00 |
| 02/11/2008 | L/C ASSESS | $2,402.22 | $0.00 | $0.00 | $0.00 | $2,402.22 | $0.00 |
| | ENDING BALANCES: | | $8,466,945.55 | | | | |

All Servicing Activities are reflected in the Transaction History portion of your billing Statement.