**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Loretta Scott, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00868
Honorable Wayne R. Andersen

Thorncreek Apartments II, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

MINUTE entry before Judge Honorable Wayne R. Andersen:Plaintiff's motion to remand[16] is briefed as follows: Response filed already. Reply due by 3/28/2008. Ruling is set for on 4/10/2008 at 09:00 AM. )Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.