**Atty. No. 41106**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LORETTA SCOTT AND<br>PEARLEATHA SCOTT,<br>Plaintiffs, on behalf of themselves<br>and others similarly situated, | ) | |
| v. | ) | Case No. 08 C 868 |
| THORNCREEK APARTMENTS II, LLC<br>d/b/a/ THE LOFTS AT THORNCREEK<br>and THORNCREEK MANAGEMENT,<br>LLC, | ) | Hon. Wayne R. Andersen |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO: SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that, on March 27, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois the following document, copies of which are attached and are hereby served upon you: **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REMAND**.

s/ Tara L. Goodwin
Tara L. Goowin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Rupali R. Shah
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

I, Tara L. Goodwin hereby certify that on March 27, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Philip L. Harris
Lisa T. Scruggs
Ryan K. Harding
Jenner & Block LLP
330 N Wabash Ave
Chicago, IL 60611
312.840.8681
312.840.8781 (Fax)

Andrew W. Mychalowych
Lindsay James
Siciliano Mychalowych Van Dusen and Feul, PLC
37000 Grand River Ave, Ste 350
Farmington Hills, MI 48335
248.442.0510
248.442.0518 (Fax)

s/ Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)