UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT, | ) | |
| | ) | |
| Plaintiffs on behalf of themselves | ) | |
| and other similarly situated, | ) | Case No.: 08 C 868 |
| v. | ) | Hon. Wayne R. Anderson |
| | ) | |
| THORNCREEK APARTMENTS II, LLC, D/B/A | ) | |
| THE LOFTS AT THORNCREEK and | ) | |
| THORNCREEK MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To Attached Service List:

PLEASE TAKE NOTICE that on April 10, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Wayne R. Anderson in Courtroom 1403 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' SUR-REPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO REMAND** , a copy of which is attached hereto and herewith served upon you.

RESPECTFULLY SUBMITTED,

SICILIANO, MYCHALOWYCH,
VAN DUSEN AND FEUL, PLC

BY:/S/ ANDREW W. MYCHALOWYCH
ANDREW W. MYCHALOWYCH
MICHIGAN BAR NO. 39602
ATTORNEYS FOR DEFENDANTS
37000 GRAND RIVER AVENUE, SUITE 350
FARMINGTON HILLS, MI 48335
248.442.0510
248.442.0518 (FACSIMILE)
AMYCHALOWYCH@SMVF-LAW.COM
LJAMES@SMVF-LAW.COM

DATED: APRIL 2, 2008

## CERTIFICATE OF SERVICE

There undersigned hereby certifies that on April 2, 2008, I electronically filed the foregoing document entitled Notice of Motion with the Clerk of the Court using CM/ECF which constitutes service under Fed. R. Civ. P. 5(b)(2)(D) as to all E-Filers identified on the attached Service List who are registered to receive notices by CM/ECF as set forth in the Notices of Electronic Filing generated by CM/ECF.

SICILIANO, MYCHALOWYCH,
VAN DUSEN AND FEUL, PLC

BY:/S/ ANDREW W. MYCHALOWYCH
ANDREW W. MYCHALOWYCH