UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORETTA SCOTT and PEARLEATHA SCOTT,<br><br>Plaintiffs on behalf of themselves and other similarly situated,<br>v.<br><br>THORNCREEK APARTMENTS II, LLC, D/B/A THE LOFTS AT THORNCREEK and THORNCREEK MANAGEMENT, LLC,<br><br>Defendants. | ) | Case No.: 08 C 868<br>Hon. Wayne R. Anderson |

**APPENDIX OF EXHIBITS TO
DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**

| <u>**EXHIBIT**</u> | <u>**DESCRIPTION**</u> |
|---|---|
| 1 | Proposed Sur-Reply In Response to Plaintiffs' Reply in Support of Plaintiffs' Motion to Remand |