# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08 C 868

Loretta Scott and Pearleatha Scott
v.
Thorncreek Apartments II, LLC d/b/a
The Lofts at Thorncreek and Thorncreek
Management, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Thorncreek Apartments II, LLC d/b/a The Lofts at Thorncreek
Defendant, Thorncreek Management, LLC

| | |
|---|---|
| NAME (Type or print)<br>Meghan W. Cassidy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Meghan W. Cassidy | |
| FIRM<br>SMVF Law Offices | |
| STREET ADDRESS<br>37000 Grand River Avenue, Ste. 350 | |
| CITY/STATE/ZIP<br>Farmington Hills, MI 48335 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>P60356 | TELEPHONE NUMBER<br>248.442.0510 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐