**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Loretta Scott, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00868
Honorable Wayne R. Andersen

Thorncreek Apartments II, LLC, et al.

Defendant.

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

/s/ Wayne R. Andersen

United States District Judge