**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Loretta Scott, et al.
Plaintiff,
v.
Thorncreek Apartments II, LLC, et al.
Defendant.

Case No.: 1:08−cv−00868
Honorable Wayne R. Andersen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for 6/10/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review and to file an initial status report by 6/6/08. The Order Setting Initial Status Report for Cases Assigned to Judge Cox is available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.