# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 8 C 868 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Scott et al vs. Thorncreek | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for remand [16] is granted.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TSA |