nie BR

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

FILED
JUL 0 3 2008 NF
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ORDER

July 01, 2008

BEFORE

FRANK H. EASTERBROOK, Chief Judge

RICHARD A. POSNER, Circuit Judge

DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| No.: 08-2583 | IN RE:<br>THORNCREEK APARTMENTS II, LLC, doing business as The Lofts at Thorncreek, and THORNCREEK MANAGEMENT, LLC,<br>Petitioners |

| |
|---|
| **Petition for Writ of Mandamus** |
| District Court No: 1:08-cv-00868<br>District Judge Wayne Andersen |

Upon consideration of the **PETITION FOR A WRIT OF MANDAUM**, filed on June 26, 2008, by counsel for the petitioners,

**IT IS ORDERED** that the petition is **DENIED**.